NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KENNY SILVA,                                    )
                                               )
            Appellant,                         )
                                               )
v.                                             )          Case No. 2D16-4286
                                               )
STATE OF FLORIDA,                              )
                                               )
            Appellee.                          )
                                               )
_____)

Opinion filed May 9, 2018.

Appeal from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Howard L. Dimmig, II, Public Defender,
and David B. Falstad, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jason M. Miller,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

            Affirmed.

LaROSE, C.J., and BLACK and BADALAMENTI, JJ., Concur.